# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

BARRY SMITH

## WARRANT FOR ARREST

CASE NUMBER **00-6162**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BARRY SMITH__

CR-ROETTGER

Name MAGISTRATE JUDGE SNOW.

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment | [ ] Information | [ ] Complaint | [ ] Order of court | [ ] Violation Notice | [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE; and CONSPIRACY TO COMMIT MONEY LAUNDERING

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1); and 18 U.S.C. § 1956(h)__

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_Jenny Butler_
Issuing Officer

6/15/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __Pretrial Detention__

BARRY S. SELTZER
by __MAGISTRATE JUDGE__
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest