UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO  00-6162-CR-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Barry Smith

    Defendant.

ORDER ON INITIAL APPEARANCE

Language: English

Tape: 00-___

AUSA: Rice

Agent: _____

The above-named defendant having been arrested on 6-15-00 having appeared before the court for initial appearance on 6-16-00 and proceedings having been held in accordance with _____

ORDERED as follows:

1. _____ appeared as _____
   Address _____
   Zip Code _____  Telephone _____

2. _____
   Address _____
   Zip Code _____  Telephone _____

3. The defendant shall _____

4. Arraignment ~~PROCEEDINGS~~ hearing set for _____

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. §3142(d) or (f) because _____

    A detention hearing, pursuant to 18 U.S.C. _____ 6- __ -00

6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. §3142:

    PTD Requested

This bond shall contain the standard conditions of bond printed on the form of bail bond and, in addition, the defendant must comply with the special conditions checked below:

_____ a. Surrender of passports and travel documents to the Pretrial Services Office of the Court

_____ b. Report to Pretrial Services as follows ___ times a week by phone, ___ times a week in person, other

_____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law

_____ d. Maintain or actively seek full-time gainful employment

_____ e. Maintain or begin an educational program

_____ f. Avoid all contact with victims of or witnesses to the crimes charged

_____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon

_____ h. Comply with the following curfew _____

- 1 -

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set  ____ At Arrest   _____ _____

                        On Warrant   _____

                        After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

- If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

- The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 16 day of June , 20 00 .

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

- 2 -

SD F 255-1
Rev 6/96