UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55344-004

UNITED STATES OF AMERICA )
　　　　　　　　Plaintiff ) Case Number: CR 00-6162-CR-NCR
　　　　　　　　　　　　　 ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
　　　　　　　　　　　　　 )
BARRY SMITH ) 
　　　　　　Defendant

FILED by _____ D.C.
JUN 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
　　 U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
　　　MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/15/00   545 am/(pm)

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONSPIRACY TO POSSESS COCAINE

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 7/21/67

(6) Type of Charging Document: (check one)
[X] Indictment   [ ] Complaint   To be filed Already filed
case# 00-6162 CR ROETTGER

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SDf

COPY OF WARRANT LEFT WITH BOOKING OFFICER   [X] YES  [ ] NO

Amount of Bond: $ PTD reg.
Who set Bond: Seltzer

(7) Remarks:

(8) Date: 6/15/00   (9) Arresting Officer: SA ANDREW THOMPSON

(10) Agency: FBI   (11) Phone:

(12) Comments: