| | | | |
|---|---|---|---|
| DEFT: | Barry Smith (J)# | CASE NO: | 00-6162-CR-Roettger |
| AUSA: | Kathleen Rice  *present* | ATTNY: | Rick Diaz for Nathan _(illegible)_ |
| AGENT: |  | VIOL: | 21:46,841; 18:1956; 21:853 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ____ D.C.
JUN 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
____ Electronic Monitoring

Indictment unsealed
∆ advised of charges

asks for addl
time for PTD -
granted

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 6-26-00 | 10:30 | SNOW |
| PTD/BOND HEARING: | 6-26-00 | 10:30 | SNOW |
| PRELIM/ARRAIGN. OR _____: | 6-26-00 | 10:30 | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 6-16-00   TIME: 11:00am   TAPE # 00-052   PG # 6

400 - 740

27 / DM