# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    *484006*

UNITED STATES OF AMERICA

V.

BARRY SMITH

TO:    The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER **00-6162**

CR-ROETTGER

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest    **BARRY SMITH** _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X |Indictment |    | Information |    | |Complaint |    | |Order of court    | |Violation Notice |    | |Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE
COCAINE; and CONSPIRACY TO COMMIT MONEY LAUNDERING

in violation of Title 21  United States Code. Section(s)    846 and 841(a)(1); and 18 U.S.C. § 1956(h)

**Clarence Maddox**
Name of Issuing Officer

Issuing Officer

Bail fixed at $ _____

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

6/15/00 at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by    MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED 6/15/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/00 | FOR:    FBI | Fred Depompa, SDUSM |

