COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: BARRY SMITH (J)   CASE NO: 00-6162-CR-ROETTGER
AUSA: KATHLEEN RICE _pres_   ATTY: NATHAN DIAMOND - _Rick Diaz_
AGENT: _____   VIOL: _stood in_
PROCEEDING PTD HEARING   RECOMMENDED BOND _____
BOND HEARING HELD - yes/no   COUNSEL APPOINTED [FILED by D.C. JUN 2 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]
___ BOND SET @ _____
___ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

_Gov't proceeded by proffer_

_S/A Andrew Thompson sworn for cross_

_PTD Ordered — danger + flight risk_

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____
                          PTD/BOND HRG: _____
                          PRELIM/ARRAIGN: _____
                          REMOVAL HRG: _____
                          STATUS CONF: _____

Date: 6/23/00   Time 1:30 PM   FTL/LSS TAPE #00- 033   Begin: 2177   End: ____
                                _and 00-034_                          1136