UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

v.   :

RAYMOND HICKS, et al.,   :

    Defendants.   :

FILED by ___ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on June 30, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided, but is voluminous.

    2. Counsel for the defendants shall have until August 1, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 30th day of June, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
Martin Feigenbaum, Esq.
Steven Kassner, Esq.
AFPD Patrick Hunt (FTL)

