**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | BARRY SMITH (J) # 55344-004 | CASE NO: | 00-6162-CR-ROETTGER |
| AUSA: | KATHLEEN RICE | ATTY: | NATHAN DIAMOND, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQ RE CNSL / ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by D.C. JUL 21 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Deft requested one week continuance

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 7/28 | 11 | ,BSS | |
| PTD/BOND HEARING: | | | BSS | |
| PRELIM/ARRAIGN OR REMOVAL: | 7/28 | 11 | | |
| STATUS CONFERENCE: | | | | |

DATE: 7/21/00   TIME: 11:00   FTL/LSS TAPE # 00 - 039   Begin: 777   End: 884

88/DM/