| | |
|---|---|
| DEFT: BARRY SMITH (J) | CASE NO: 00-6162-CR-Roettger |
| AUSA: Kathleen Rice | ATTNY: Nathan Diamond - not present |
| AGENT: | VIOL: |
| PROCEEDING: Inquiry Re Counsel/ Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: CJA- Jorge Sibilia |

___ BOND SET @

CO-SIGNATURES: _____

SPECIAL CONDITIONS: Defendant must Deposit $250.00 with the Court Registry.

FILED by ___ D.C.
JUL 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: July 31, 2000 @ 11:00 a.m before Mag Seltzer
STATUS CONFERENCE: _____

DATE: July 28, 2000    TIME: 11:00 A.M.    TAPE #    PG #

95