| | |
|---|---|
| DEFT: BARRY SMITH (J)# | CASE NO: 00-6162-CR-Roettger |
| AUSA: KATHLEEN RICE *present* | ATTNY: CJA- Randee Golder  FPD filling in |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

FILED by ___ D.C.
JUL 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 8-15-00 | 11:00am | Snow |

DATE: 7-31-00   TIME: 11:00am   TAPE # 00-061  PG # 2
1669 - 1695   99
/DM