UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-Roettger

UNITED STATES OF AMERICA

vs
Barry Smith

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-31-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: In Custody

Telephone:

DEFENSE COUNSEL:  Name: Randee Golder

Address:

Telephone:

BOND SET/CONTINUED: $ Cont'd in Custody

Bond hearing held: yes____ no____ Bond hearing set for____

Dated this 31 day of August, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-061

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services