UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-Roettger/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY SMITH, et al.,

    Defendants.

**NOTICE OF APPEARANCE**

The defendant, BARRY SMITH, by and through the undersigned attorney, and notifies the parties that the undersigned attorney will be representing the defendant in all proceedings concerning this matter. Copies of all notices and other documents should be sent to defense counsel at the address listed below.

RANDEE J. GOLDER, P.A.
PO Box 3756
Boynton Beach, FL 33424-3756
(561) 752-9890
FAX: (561) 752-9889

Randee J. Golder, Esq.
Fla. Bar No. 402206

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to:

AUSA Kathleen Rice
U.S. Attorney's Office
299 E. Broward Blvd.
Ft. Lauderdale, FL 33301

Richard Diaz, Esq.
2701 SW 3rd Ave.
Miami, FL 33129-2335
*Atty for Bernard Smith*

Patrick Hunt, Esq.
Federal Public Defender's Office
101 NE 3rd Ave., Suite 202
Ft. Lauderdale, FL 33301-1145
*Atty for Sam Jones*

Michael Entin, Esq.
1 E. Broward Blvd.
Ft. Lauderdale, FL 33301
*Atty for Elliot Aiken*

Martin Feigenbaum, Esq.
150 W. Flagler St., Suite 1565
Miami, FL 33130
*Atty for Raymond Hicks*

Manuel Gonzalez, Jr., Esq.
782 NW 42nd Ave., Suite 440
Miami, FL 33126
*Atty for Asia Nelson*

Steven Kassner, Esq.
815 Ponce De Leon Blvd., Suite 303
Coral Gables, FL 33134
*Atty for Earl Parker*

Vincent Flynn, Esq.
1221 Brickell Ave., Suite 1020
Miami, FL 33131
*Atty for Willie Walker*

on this 31st day of July, 2000.

RANDEE J. GOLDER, P.A.
PO Box 3756
Boynton Beach, FL 33424-3756
(561) 752-9890
FAX: (561) 752-9889

Randee J. Golder, Esq.
Fla. Bar No. 402206

2