```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION



UNITED STATES OF AMERICA,         No: 00-6162-CR-NCR

        Plaintiff,                Ft. Lauderdale, FL
                                  June 23, 2000
   v.

BERNARD SMITH and                 ORIGINAL
BARRY SMITH,

        Defendant(s).
_____/


        TRANSCRIPT OF PRETRIAL DETENTION HEARING
         BEFORE THE HONORABLE LURANA S. SNOW,
            UNITED STATES MAGISTRATE JUDGE.

              63 + 1 certification pages

APPEARANCES:

For the Plaintiff:         KATHLEEN PRICE,
                           Asst. U. S. Attorney
                           99 N.E. 4th Street
                           Miami, Florida  33132-2111

For Bernard Smith:         RICK DIAZ, ESQ.

For Barry Smith:           RICK DIAZ, ESQ.

For Sam Jones:             PATRICK HUNT, ESQ.




Transcriber:               F. Levy
```

Accurate Reporting Services, Inc.
Third Floor
172 West Flagler Street
Miami, Florida 33130



I N D E X

CROSS EXAMINATION
BY MR. DIAZ . . . . . . . . . . . . . . . . . . . . . 12

CROSS EXAMINATION
BY MR. HUNT . . . . . . . . . . . . . . . . . . . . . 27

REDIRECT EXAMINATION
BY MS. BUCKNER . . . . . . . . . . . . . . . . . . . 48

RECROSS EXAMINATION
BY MR. HUNT . . . . . . . . . . . . . . . . . . . . . 49

RECROSS EXAMINATION
BY MR. DIAZ . . . . . . . . . . . . . . . . . . . . . 49

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**