UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/

BERNARD SMITH'S MOTION TO COMPEL GOVERNMENT'S BETTER
COMPLIANCE WITH THE STANDING DISCOVERY ORDER, RULE 16.1

COMES NOW, Defendant, BERNARD SMITH, by and through his undersigned counsel, and files his Motion to Compel Government's Better Compliance with Paragraph H of the Standing Discovery Order. In support thereof, he states as follows:

1. On September 29, 2000, the government filed its third response to the Standing Discovery Order. On page 3, section N5, the government identifies Special Agent Andrew Thompson as a possible witness who will testify as an expert "in coded narcotics related language".

2. The government has not identified this witness' purported opinion, the basis for the opinion or the material from which this material is derived with any specificity other than to say from oral and wire communications. Finally, the



government does not provide a curriculum vitae or any information regarding the qualification of the agent to render such an opinion.

3. Undersigned's secretary left a message for AUSA Kathleen Rice on her voice mail. No response has been received as of the filing of this motion.

WHEREFORE, Defendant, BERNARD SMITH, respectfully requests this Honorable Court grant the relief requested herein.

                                      Respectfully submitted,

                                      Richard J. Diaz
                                      F.B.N. 0767697
                                      2701 S.W. 3rd Avenue
                                      Miami, FL 33129
                                      Telephone: (305) 285-1122
                                      Facsimile: (305) 285-0354
                                      e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2nd day of October, 2000 to Assistant U.S. Attorney Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394, Randee J. Golder, Esq., counsel for Barry Smith, P.O. Box 3756, Boynton Beach, FL 33424, Assistant Federal Public Defender Patrick Michael Hunt, counsel for Sam Jones, 101 NE 3 Ave, suite 202, Ft. Lauderdale, Florida 33301, Michael James Entin, Esq., counsel

for Elliot Aiken, 1 E. Broward Blvd., Suite 1500, Ft. Lauderdale, FL 33301, martin A. Feigenbaum, Esq., counsel for Raymond Hicks, 150 W. Flagler Street, Suite 1565, Miami, FL 33130, Manuel Gonzalez, Jr., counsel for Asia Nelson, 782 N.W. 42nd Avenue, Miami, FL 33126, Steven Hunter Kassner, Esq., counsel for Earl Parker, 815 Ponce de Leon Blvd., Suite 303, Coral Gables, FL 33134-3007, Vincent J. Flynn, Esq., and counsel for Willie Walker, 1221 Brickell Ave, Suite 602, Miami, FL 33131-3260.

Richard J. Diaz, Esq.

mwd\fed\b-smith\mot2compgovtbetasnreSDO\4652\mvg