U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Barry Smith (J)# _Robyn Rosenbaum_

AUSA: Kathleen Rice

AGENT: _____

CASE NO: 00-6162-CR-Roettger

ATTNY: Randee Golder / _not present_

VIOL: _____

PROCEEDING: Arraignment on SS INdictment

BOND HEARING HELD - yes/no

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

BOND REC: _____

COUNSEL APPOINTED: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House _____
_____ Electronic Monitoring _____

_Matter reset_

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM./ARRAIGN. OR REMOVAL: | 10-30-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 10-27-00 | TIME: 11:00am | TAPE # 00-08P | PG # 3 |

312-373
2236-2347
155