COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Barry Smith (J)#          CASE NO: 00-6162-CR-Roettger (s)

AUSA: Kathleen Rice _present_    ATTNY: Randee Golder _present_

AGENT: _____          VIOL: _____

PROCEEDING: Arraignment on SS     BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____
Indictment

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House
_____ Electronic Monitoring

NEXT COURT APPEARANCE:        DATE:        TIME:        JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 10-30-00    TIME: 11:00am    TAPE # 00- 087   PG #   5
2077-2200