UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/



## DEFENDANT, BERNARD SMITH'S, MOTION FOR BOND/MOTION FOR RECONSIDERATION OF PRETRIAL DETENTION ORDER BASED ON NEW EVIDENCE.

COMES NOW, Defendant, BARRY SMITH, by and through his undersigned counsel, and files his Motion for Bond/Motion for Reconsideration of Pretrial Detention Order Based on New Evidence Pursuant to Title 18 U.S.C. §3145 (b), and Title 18 U.S.C. §3142 (f), and states as follows:

1. Defendant, Bernard Smith is pretrial detained.

2. Recently, he submitted to a broad series of questions covering all potential conspiratorial conduct under the examination of a qualified polygrapher.

3. Copies of the polygraph examination results are attached as Exhibits "A".



4.  These results tend to demonstrate Bernard Smith's actual innocence and, as such should be considered by the Court in light of what has already been presented to this Court for reconsideration of its prior order granting the Government's motion for pretrial detention.

## MEMORANDUM OF LAW

Title 18 U.S.C. §3142 (f) specifically authorizes reopening a detention hearing when material information "that was not known to the movant at the time of the hearing" comes to light. See also, U.S. v. Peralta, 849 F. 2d 625 (D.C. Cir. 1988). But see, U.S. v. Dillon, 938 F. 2d 1142 (1st Cir. 1991), and U.S. v. Hare, 873 F. 2d 796 (5th Cir, 1989).

## ANALYSIS

Here, the polygraph examination results were not known at the time of the detention hearing because they did not exist. Thus, this motion is not precluded by prevailing and controlling law. Moreover, the evidence weights very heavily in favor of Bernard Smith as a §3142 (g) factor (weight of evidence) and thus justifies that a hearing take place and a bond set.

## CONCLUSION

For the foregoing reasons, this motion should be granted.

### LOCAL RULE 88.9 COMPLIANCE

Undersigned counsel left a telephone message for AUSA, Katherine Rice to get her position on this motion but has not spoken to her as of yet. We presume however that she opposes such motion.

WHEREFORE, Defendant, BERNARD SMITH, respectfully requests this Court to reconsider his eligibility for bond.

Respectfully submitted,

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
E-mail: rick@rjdpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of February 2001 to Assistant U.S. Attorney, Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394.

Richard J. Diaz, Esq.

3



# John Adams & Associates

- Private Investigations
- Polygraph Tests
- Personnel Consultants

945 N.E. 121st Street / N. Miami, Florida 33161 • Phone (305) 895-6611 • FAX (305) 893-4074
Also: 666 N.E. 125th Street, Suite 231 / North Miami, Florida 33161

## The Polygraph Report

- Confidential -

| | |
|---|---|
| Subject: | Bernard Smith<br>3371 N.W. 9th Court<br>Ft. Lauderdale, Florida 33311 |
| Client: | Richard J. Diaz, P.A.<br>2701 Southwest 3rd Ave<br>Miami, Florida 33129-2335 |
| Test Location: | Federal Corrections Center<br>33 N.E. 4th Street<br>Miami, Florida 33132 |
| Test Date: | January 24, 2001 |

On January 24, 2001, the subject, having had the nature and general purpose of the test explained, submitted voluntarily to a Specific Polygraph Examination.

### Basic Case Information

Bernard Smith is charged in a federal drug conspiracy out of Ft. Lauderdale called the "Barry Smith Drug Organization." Barry Smith is his twin brother. According to the government, Barry and Bernard Smith operated a warehouse in Ft. Lauderdale from which they headed up a cocaine distribution network, sending cocaine via their own tractor trailers from Broward County up to the center of the state of Florida where it would then be delivered to another individual for transshipment out of the state of Florida, including North Carolina. The subject is also accused of supplying / receiving drugs from a man named Sam Jones. A polygraph test was given to Bernard Smith to determine if he was involved in this drug conspiracy.

2

## The Polygraph Test

The following relevant questions were asked the subject on two separate polygrams.

1. From 1996 to 2000, did you ever agree with anybody to participate in the transportation, sale or distribution of cocaine?
   Answer - No.

2. From 1996 to 2000, did you knowingly participate in the transportation of cocaine?
   Answer - No.

3. From 1996 to 2000, did you help your brother, Barry Smith or anyone distribute cocaine?
   Answer - No.

## Subject Information

**Bernard Smith** is a 33-year old male who was born in Ft. Lauderdale and has lived in that area all his life. His last address was: 1525 N.W. 13th Street, Ft. Lauderdale, FL 33311, where he has lived for the past 5 years with his wife and two children, ages 6 years and 4 months. He has been married only once, in February of 1994. His wife has been a Broward County school teacher for the past eight years and is currently at Boyd Anderson High School.

Mr. Smith graduated from Plantation High School in 1985, went to trucking school in 1993 and has been a trucker since 1994. He also has mechanic skills and works with concrete.

Mr. Smith's parents live at 3371 N.W. 9th Court, Ft. Lauderdale, and they have been married 54 years. Mr. Smith's father is retired after 33 years with Rinker Construction (later called Tarmac Construction). Mr. Smith's mother has always been a housewife and is the mother of 18 children, four of whom are in the local area.

Mr. Smith has been self-employed as an independent trucking contractor for L. & W. Transport out of Ft. Myers, FL, and they transport Coca Cola products. He has been with this company from 1996 to June 15, 2000. He would transport Coca Cola

3

products from Miami to Jacksonville earning a gross of approximately $16,000 a month with a net of $12,000 a month. Prior to 1996, he drove over-the-road for a year and a half, earning approximately $1,300 a week.

**Statements Made by the Subject**

The subject stated that he is here in jail for conspiracy with intent to deliver cocaine. They say that he was in this conspiracy from December 1996 to September of 1999. They charged him with delivering in excess of five kilos of cocaine. This is the accusation against the subject. They never did seize any drugs at all and the reason they have him in this conspiracy, according to them, is: He had a part with seven other co-defendants in a conspiracy to deliver drugs, even though there were no drugs seized. The subject really doesn't know how they can do this. If there were drug transactions being made, why didn't they make arrests then? He doesn't know why they have brought him into a conspiracy now.

The subject's brother, Barry Smith, was in the drug business and when he was arrested, they couldn't get him to cooperate with them, so they arrested the subject along with him. Barry's un-cooperation, the subject feels, is the reason he has been arrested, too. The subject feels they have no grounds at all for him to be arrested on any drug charges.

The subject's brother is in jail with him now, along with all but one of the other co-defendants. That one is the subject's uncle and he is out on bond. The subject is not able to get out on bond because they said he was a flight risk and a danger to the community. This is what the government says when they don't want you out on bond. The subject has never owned a passport or anything and he has always shown up for court in the past. This has gone on for eight months now and how long can they legally keep him here, is beyond the subject, because the government does what it wants to do, even though the subject is innocent of this charge.

The subject feels they have tied him to this charge through his brother, and what he means by that is, that they wanted to make arrests through his brother, and when he wouldn't cooperate, they tied the subject and his uncle, who is a truck driver, too, into this.

4

They are claiming he transported cocaine on his Coca Cola truck in its sealed compartment, even though this compartment cannot be gotten into. When Coca Cola loads up their trailer they put on a special seal with serial numbers on it and then they lock up the trailer. This seal cannot be broken by anyone. Only at the next Coca-Cola destination can they break this seal. The government is saying the subject was delivering the drugs in this sealed compartment, but after they did an investigation, they changed this statement. Just because the subject is a relative is the reason he is in jail.

**Results & Conclusions**

After a careful examination of the subject's polygrams, it is the opinion of this examiner that the subject, Bernard Smith, did not have significant psycho-physiological reactions to the relevant questions. This is indicative of no deception. Bernard <u>has successfully passed</u> his polygraph test.

End of Report