UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA      )
                              )
                              )
                              )
v.                            )
                              )
BARRY SMITH, a/k/a "Scar,"    )
et al.,                       )
                              )
          Defendants.         )
                              )
_____)



### GOVERNMENT'S SIXTH SUPPLEMENTAL
### RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this sixth supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10. response to the Standing Discovery Order.

> D.   Attached are the cooperation plea agreements between the government and prospective government witnesses Sam Jones and Earl Parker.

The attachments to this response are numbered pages 00379-00380. Each attachment consists of five (5) pages. These attachments have not been filed with the Court. Please notify the undersigned if any pages are missing.



The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: *[signature]*
    KATHLEEN RICE
    Assistant United States Attorney
    Florida Bar No. 100765
    500 East Broward Boulevard
    Seventh Floor
    Fort Lauderdale, Florida 33394
    Tel: (954) 356-7255, ext. 3512
    Fax: (954) 356-7336

cc: Special Agent Andrew W. Thompson, FBI
    Special Agent Tom H. Harvey, Jr., FBI

2

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this ___16th___ day of March, 2001, to: Richard Diaz, Esquire, 2701 Southwest 3rd Avenue, Miami, Florida 33129-2335; Randee Golder, Esquire, Post Office Box 3756, Boynton Beach, Florida 33424; Ruben M. Garcia, Esquire, 1209 S.E. 3rd Avenue, Fort Lauderdale, Florida 33316; Manuel Gonzalez, Jr., Esquire, 780 NW 42nd Avenue, Suite 318, Miami, Florida 33126-5536; Vincent Flynn, Esquire, 1221 Brickell Avenue, Suite 602, Miami, Florida 33131-3260; and Michael Entin, Esquire, One East Broward Boulevard, Suite 1500, Fort Lauderdale, Florida 33301.

                                                  _/s/ Kathleen Rice_
                                                  KATHLEEN RICE
                                                  Assistant United States Attorney