**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No.: 00-6162-CR-ROETTGER

**ORDER**

BARRY SMITH, et al.,

    Defendants.

_____/

FILED by ___ D.C.
APR 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court *SUA SPONTE*.

The Court notes that Motion to Continue Hearing (pleading #117) and Defendant's Motion for Reconsideration (pleading #187) are titled to Bernard Smith; however, the first paragraph names Barry Smith, Bernard Smith's twin brother, as the movant. Please advise the court if pleading #117 and pleading #187 are indeed Bernard Smith's.

**DONE AND ORDERED** this _11_ day of _April_, 2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

