cr-06162-PAS  Document 243  Entered on FLSD Docket 06/21/2001

KH:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER

FILED by _____ D.C.
JUN 1 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA
v.                                      DOB: 012/23/67
                                        Race: Black
BARRY SMITH, et al.                     State I.D. # 674205
_____/

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for trial August 13, 2001 at 9:00 a.m.

2. MICHAEL HAYNES, a material witness for the United States in said case, is now confined in Broward County Jail.

3. It is necessary to have said witness before this Court for the purpose of testifying on behalf of the United States at said trial.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said MICHAEL HAYNES and have subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of testimony to return the said witness to the custody of the Warden of the aforesaid



penal institution; and also directing the said Warden to deliver the said MICHAEL HAYNES into the custody of any United States Marshal for the aforesaid purpose.

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

BY: _____
        KATHLEEN RICE
        ASSISTANT UNITED STATES ATTORNEY

cc: U.S. ATTORNEY (K. Rice)