KH:am

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

v.

Barry Smith, et al.

_____/

DOB: 12/23/67
Race: Black
State I.D. # 674205

FILED by
JUN 2 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: ANY UNITED STATES MARSHAL, and
WARDEN, BROWARD COUNTY SHERIFF

It appearing from the petition of the United States of America that MICHAEL HAYNES, a material witness for the United States in the above entitled case, is confined in the Broward County Jail, Ft. Lauderdale, Florida, and that said case is set for trial at Ft. Lauderdale, Florida on August 13, 2001, and that it is necessary for the said witness to be before this Court for the purpose of giving testimony at said trial;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said MICHAEL HAYNES now in custody as aforesaid, under safe and secure conduct, before this Court at Ft. Lauderdale, Florida by or before 9:00 A.M., on August 13, 2001 for the purpose of testifying in the above case, and upon completion of testimony that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.



And this is to command you, the Warden of the Broward County Jail at Ft. Lauderdale, Florida deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said MICHAEL HAYNES for safe and secure conduct to this district for the purpose aforesaid.

DONE and ORDERED at Ft. Lauderdale, Florida this 20Th day of June, 2001.

*Lurana S. Snow*

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney (K. Rice)
     U.S. Marshal (4 certified copies)
     Chief Probation Officer