UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-Roettger/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY SMITH, et al.,

    Defendants.



## MOTION TO ALLOW COMPUTER IN COURTROOM

Defense counsel Randee Golder requests this Honorable Court allow her to bring a laptop computer into the courtroom. In addition, she requests that the court allow her to bring a printer into the courthouse.

The trial of this case is expected to last at leasttwo weeks and is expected to involve complex issues. Counsel has already received 11 boxes of discovery, and that does not include any *Jencks* material.

Allowing the computer in the courtroom will assist counsel to keep these matters organized and will also facilitate preparation of any written materialsthat may be needed during the course of the trial. The computer will not be disruptive to the proceedings, but will enhance the trial.

WHEREFORE, counsel pray this Honorable Court allow her to bring a laptop computer into the courtroom and allow her to bring a printer into the courthouse.

                                    RANDEE J. GOLDER, P.A.
                                  PO Box 243756
                                  Boynton Beach, FL 33424-3756
                                  (561) 752-9890
                                  FAX: (561) 752-9889

                                  */s/ Randee J. Golder*
                                  Randee J. Golder, Esq.
                                  Fla. Bar No. 402206

ENVELOPES NOT PROVIDED

254

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to:

AUSA Kathleen Rice
U.S. Attorney's Office
299 E. Broward Blvd.
Ft. Lauderdale, FL 33301

Richard Diaz, Esq.
2701 SW 3rd Ave.
Miami, FL 33129-2335
*Atty for Bernard Smith*

Vincent Flynn, Esq.
1221 Brickell Ave., Suite 1020
Miami, FL 33131
*Atty for Willie Walker*

Michael Entin, Esq.
One E. Broward Blvd., Suite 925
Ft. Lauderdale, FL 33301
*Atty for Elliot Aiken*

Michael H. Bloom, Esq.
3225 Aviation Ave., Suite 300
Cocomut Grove, FL 33133
*Atty for Raymond Hicks*

Manuel Gonzalez, Jr., Esq.
782 NW 42nd Ave., Suite 440
Miami, FL 33126
*Atty for Asia Nelson*

Steven Kassner, Esq.
815 Ponce De Leon Blvd., Suite 303
Coral Gables, FL 33134
*Atty for Earl Parker*

Patrick Hunt, Esq.
Federal Public Defender's Office
101 NE 3rd Ave., Suite 202
Ft. Lauderdale, FL 33301-1145
*Atty for Sam Jones*

on this _14th_ day of August, 2001.

RANDEE J. GOLDER, P.A.
PO Box 243756
Boynton Beach, FL 33424-3756
(561) 752-9890
FAX: (561) 752-9889

_____
Randee J. Golder, Esq.
Fla. Bar No. 402206

2