UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BARRY SMITH, et al.,

    Defendants.
_____/

**NIGHT BOX
FILED

AUG 2 3 2001**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files this motion for permission to bring electronic equipment into the United States Courthouse, and in support thereof, states as follows:

1. Trial in this matter is presently scheduled for Monday, August 27, 2001;

2. As part of its case in chief, the Government intends to play tape recordings of conversations made during the course of the investigation and videotapes of events occurring during the course of the investigation;

3. The Government is requesting permission to bring electronic equipment into the United States Courthouse in order to play the aforementioned tape recordings and videotapes.

WHEREFORE, the government respectfully requests that this Court grant this motion for permission to bring electronic equipment into the Courthouse for the trial of the above-styled cause.

Respectfully submitted:

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, Florida 33394
(TEL): (954) 356-7255, ext. 3512
(FAX): (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered to all counsel of record this 24th day of August, 2001.

*[signature]*

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY