UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-Roettger/Snow



UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY SMITH, et al.,

    Defendants.

---

**ORDER ALLOWING COMPUTERS IN COURTROOM**

---

THIS CAUSE having come to be heard on defense counsel's Motion to Allow Computer in Courtroom, this Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. During the trial, Randee J. Golder, Esq. shall be allowed to bring a laptop computer into the courtroom and shall be allowed to bring a printer into the courthouse.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Southern District of Florida on this **22** day of August, 2001.

                                                  UNITED STATES DISTRICT JUDGE

cc:   AUSA Kathleen Rice            Michael Entin, Esq.
      Randee J. Golder, P.A.            Michael H. Bloom, Esq.
      Richard Diaz, Esq.                Manuel Gonzalez, Jr., Esq.
      Vincent Flynn, Esq.               Steven Kassner, Esq.
      Patrick Hunt, Esq. (AFPD)
      U.S. Marshal

**ENVELOPES NOT PROVIDED**