

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BARRY SMITH, et al.,

    Defendants.
_____/

### ORDER GRANTING PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE

THIS MATTER is before the Court upon the Government's Motion for permission to bring electronic equipment into the United States Courthouse and the Court having reviewed said Motion, it is hereby **ORDERED AND ADJUDGED** that the Government's Motion is **GRANTED.** The United States Marshals Service shall permit the Government to bring electronic equipment into the United States Courthouse for use at trial beginning August 27, 2001.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 24 day of August, 2001.

NORMAN C. ROETTGER
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished:
Kathleen Rice, AUSA
counsel for defendants (AUSA to provide)
United States Marshals Service (two certified copies)

