FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: _00-6162-CR-NCR_ Date: _8/27/01_

Courtroom Clerk: _P. Hart_ Court Reporter: _Bruns_

Probation Officer: _____ Interpreter: _____

Plaintiff(s): _U.S.C._ Counsel: _Bril/Karabil_

Defendant(s): _B. Smith, et al_ Counsel: _all present_

Reason For Hearing: _Trial - Jury selection_

Result of Hearing/Judgment: _jury selection contd_
_to 8/28/01 for selection of alternates_

Misc.: _____