FILED by _____ D.C.
SEP 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR    Date: 9/5/01
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Bick

Defendant(s): L. Smith et al    Counsel: All counsel present

Reason For Hearing: Trial

Result of Hearing/Judgment: juror # 6 - dismissed trial cont'd til 9/6/01

Misc.: _____