**UNITED STATES DISTRICT COURT**
UNITED STATES OF AMERICA          **SOUTHERN DISTRICT OF FLORIDA**

      Plaintiff,          Case No.:00-6162-CR-ROETTGER

v.

          **FINAL JUDGMENT**

BARRY SMITH,
ASIA NELSON,
ELLIOT AIKEN,
BERNARD SMITH
RAYMOND HICKS,
and WILLIE WALKER,



FILED by _____ D.C.

SEP ?

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

_____ Defendants. _____ /

      **THIS CAUSE** is before the Court upon the jury verdict returned and published, September 26, 2001. The jury found all the above defendants on trial not guilty and the court adjudicated all the above defendants not guilty. Accordingly, it is

      **ORDERED AND ADJUDGED** that the Marshall is directed immediately to release these defendants from custody. for number

      **DONE AND ORDERED** this **26** day of _____Sept_____,

2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc:  counsel of record

