UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*USA* _____          Case No. *OO-6162-CR-NCR*

_____

vs.

*SMITH ET AL* _____

_____

·

SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

·

Docket Clerk: _____

Docket Numbers ___ ___

*298 - 302*