UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

USA                           Case No. 01-6162-CR-NCR

vs.

SMITH et AL


SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.


Docket Clerk: _____

Docket Numbers _____

298 - 302