UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*USA*                                    Case No. *OC1-6162-CR-NCR*

_____


                  vs.
*SMITH   ET AL*


_____


SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk:

Docket Numbers _____

*298 - 302*