```
 1
 2
 3              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA
 4

 5    UNITED STATES OF AMERICA,    )
                                   )
 6              Plaintiff,         )
                                   )
 7    vs.                          )
                                   )
 8    BARRY SMITH, et al.,         )     CASE NUMBER:
                                   )     00-6162-CR-NCR
 9                                 )
                Defendants.        )
10                                 )

11

12         Excerpt transcript of proceedings before the Honorable

13    Norman C. Roettger, United States District Judge, and a jury, at

14    Fort Lauderdale, Florida, on the 29th day of August, 2001.

15

16
      APPEARANCES OF COUNSEL:            As noted.
17

18

19    Court Reporter:                    Jerald J. Reeves, RPR

20    Proceedings recorded by mechanical stenography.

21    Transcription produced by computer.

22

23

24

25
```

OFFICIAL REPORTER UNITED STATES DISTRICT COURT



# NOT

# SCANNED

PLEASE REFER TO COURT FILE